**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Chhayarith RETH, a/k/a Charlie; Ah Char, Defendant–Appellant**

**United States of America,
Plaintiff–Appellee,**

v.

**Chhayarith Reth, a/k/a Charlie,
Defendant–Appellant.**

**Nos. 06–10244, 06–10254.**

United States Court of Appeals,
Ninth Circuit.

April 5, 2007.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: D. NELSON, COWEN,* and BERZON, Circuit Judges.

ORDER

The motion to publish the unpublished Memorandum disposition is granted. The Memorandum disposition filed March 19, 2007, is hereby vacated. A Published Opinion will be filed in due course.